F:led
DEC 14 2017
CENTRAL DISTRICT OF CALIF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETELVINA RODRIGUEZ, | NO. ED CV 17-1022-RGK(E) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Defendant. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted as the Findings of Fact and Conclusions of Law herein; (2) Defendant's Motion for Summary Judgment is granted;

(3) Plaintiff's Motion for Summary Judgment is denied; and

(4) Judgment shall be entered in favor of the Defendant.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment of this date on Plaintiff and counsel for Defendant.

DATED: DEC 1 4 2017.

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE