

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ETELVINA RODRIGUEZ, | ) | NO. ED CV 17-1022-RGK(E) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that Defendant's Motion for Summary Judgment is granted and Judgment is entered in favor of Defendant.

DATED: DEC 1 4 2017 .

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE